# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN S. MICHEL, *pro se*<br>2025 Senda de Andres<br>Santa Fe, New Mexico 87501<br>(505) 690-8733<br>*Petitioner,*<br>VS.<br><br>ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>CHARLES ERNEST GRASSLEY, U.S. SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>UNITED STATES SENATE,<br>Dirksen Senate Office Building<br>Washington, D.C. 20510<br>*Respondents.*<br>United States Attorney<br>555 Fourth Street, NW<br>Washington, D.C. 20530<br><br>United States Attorney General<br>Loretta E. Lynch<br>1350 Pennsylvania Ave., NW #409<br>Washington, D.C. 20004 | **EMERGENCY PETITION FOR DECLARATORY JUDGMENT AND WRIT OF MANDAMUS**<br><br>CIVIL CASE NO. 1:16-cv-01729<br>Contreras, Rudolph |

## ERRATA NOTICE

COMES NOW Petitioner Steven S. Michel, *pro se,* and for his *Errata Notice,* states that this *errata* is to the first page of his *Petition*, and that the correction is to simply replace the first page of the Petition with a page that is reformatted and includes the addresses of the Respondents in a form that is compliant with the Court's rules. There is no substantive change to the Petition associated with this *Errata*. The corrected first page is attached as an exhibit hereto.

RECEIVED
Mail Room
SEP - 6 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# EXHIBIT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEVEN S. MICHEL, *pro se* )
2025 Senda de Andres )
Santa Fe, New Mexico 87501 )
(505) 690-8733 )
*Petitioner,* )
VS. )
) CIVIL CASE NO. 1:16-cv-01729
ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR, ) Contreras, Rudolph
United States Senate )
Washington, D.C. 201510 )
CHARLES ERNEST GRASSLEY, U.S. SENATOR, )
United States Senate )
Washington, D.C. 201510 )
UNITED STATES SENATE, )
Dirksen Senate Office Building )
Washington, D.C. 20510 )
*Respondents.* )
United States Attorney )
555 Fourth Street, NW )
Washington, D.C. 20530 )
)
United States Attorney General )
Loretta E. Lynch )
1350 Pennsylvania Ave., NW #409 )
Washington, D.C. 20004 )
______________________________________________ )

## EMERGENCY PETITION FOR
## DECLARATORY JUDGMENT AND WRIT OF MANDAMUS

STEVEN S. MICHEL
New Mexico State Bar # 1809
2025 Senda de Andres
Santa Fe, New Mexico 87501
(505) 690-8733
stevensmichel@comcast.net