# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN S. MICHEL, *pro se*<br>2025 Senda de Andres<br>Santa Fe, New Mexico 87501<br>(505) 690-8733<br>*Petitioner,*<br>VS.<br><br>ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>CHARLES ERNEST GRASSLEY, U.S. SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>UNITED STATES SENATE,<br>Dirksen Senate Office Building<br>Washington, D.C. 20510<br>*Respondents.*<br>United States Attorney<br>555 Fourth Street, NW<br>Washington, D.C. 20530<br><br>United States Attorney General<br>Loretta E. Lynch<br>1350 Pennsylvania Ave., NW #409<br>Washington, D.C. 20004 | **EMERGENCY PETITION FOR DECLARATORY JUDGMENT AND WRIT OF MANDAMUS**<br><br>CIVIL CASE NO. 1:16-cv-01729<br>Contreras, Rudolph |

## MOTION TO ESTABLISH RESPONSE TIME AND SCHEDULE

COMES NOW Petitioner Steven S. Michel, *pro se,* and for his *Motion to Establish Response Time and Schedule,* states the following:

1. Petitioner requests that a schedule be established for responses to his *Petition,* and for oral argument, such that the issues raised by the *Petition* may be resolved in a time frame that will permit any remedy that may be ordered to be meaningful and useful.

RECEIVED
Mail Room
SEP - 6 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2. An accelerated schedule is important because, as stated in detail in the *Petition*, Petitioner contends that unless the Senate, as a body, considers and determines whether to provide advice and consent for Judge Garland's Supreme Court nomination before January 20, 2017, Petitioner's vote for President and senators will have been rendered meaningless with regard to a very important judicial nomination during the term of President Obama.

3. Because of the urgency of this *Petition*, and Petitioner's belief that the facts necessary to render a decision are uncontested, Petitioner asks the Court to establish a schedule along the following lines:

Responses to Petition due: October 3, 2016

Oral argument: October 10, 2016 (90 minutes)

4. While Petitioner recognizes that the above dates are aggressive, Petitioner anticipates that the ruling by this Court will be appealed, and therefore is requesting a schedule that could result in genuine relief if Petitioner prevails in his request for a declaratory judgment, a writ of mandamus, or both.

5. Petitioner has attempted to reach attorneys in the United States Attorney's Office by telephone the afternoon of September 2, 2016, but was unable to do so. An email response from that office informed Petitioner that it was not yet clear how legal representation for Respondents would be provided or assigned.

6. A proposed form of order is attached to this *Motion*.

WHEREFORE, for the foregoing reasons, Petitioner prays for a Court order requiring that responses to the *Petition* be submitted on or before October 3, 2016, setting

October 10, 2016 as a date for 90 minutes of oral argument, and providing such other and further relief as the Court deems just and proper. A proposed order is attached to this pleading.

Respectfully submitted,

STEVEN S. MICHEL, *pro se*
New Mexico State Bar # 1809
2025 Senda de Andres
Santa Fe, New Mexico 87501
(505) 690-8733
stevensmichel@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on Sept. 3, 2016, I served the foregoing *Motion to Establish Response Time and Schedule* by placing a true copy in the United States mail, with certified delivery, to:

Loretta E. Lynch,
Attorney General of the United States
Office of the Attorney General – U.S. Department of Justice
1350 Pennsylvania Avenue, NW #409
Washington, D.C. 20004

United States Attorney's Office
Civil Process Clerk
555 Fourth Street, NW
Washington, D.C. 20530

United States Senate
Dirksen Senate Office Building
Washington, D.C. 20510

Office of Senator Addison Mitchell McConnell
United States Senate
Washington, D.C. 20510

Office of Senator Charles Ernest Grassley
United States Senate
Washington, D.C. 20510

Steven S. Michel

PROPOSED FORM OF ORDER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN S. MICHEL, *pro se*<br>2025 Senda de Andres<br>Santa Fe, New Mexico 87501<br>(505)690-8733<br>*Petitioner,*<br>VS.<br><br>ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>CHARLES ERNEST GRASSLEY, U.S. SENATOR,<br>United States Senate<br>Washington, D.C. 201510<br>UNITED STATES SENATE,<br>Dirksen Senate Office Building<br>Washington, D.C. 20510<br>*Respondents.*<br>United States Attorney<br>555 Fourth Street, NW<br>Washington, D.C. 20530<br><br>United States Attorney General<br>Loretta E. Lynch<br>1350 Pennsylvania Ave., NW #409<br>Washington, D.C. 20004 | **EMERGENCY PETITION FOR DECLARATORY JUDGMENT AND WRIT OF MANDAMUS**<br><br>CIVIL CASE NO. 1:16-cv-01729<br>Contreras, Rudolph |

**ORDER**

WHERAS this matter came before the Court upon the Petitioner's *Motion to Establish Response Time and Schedule,* and the Court having considered the *Motion* and the *Petition* in this Case, the Court FINDS that an accelerated schedule should be set for this matter.

IT IS, THEREFORE, ORDERED that Responses to the Petition, if any, shall be submitted on or before October 3, 2016, and that the Court will hear 90 minutes of

argument, equally divided between Petitioner and Respondents, regarding the matters raised by the *Petition* on October 10, 2016 commencing at 10:00 a.m., Eastern Time.

____________________________________

Rudolph Contreras
UNITED STATES DISTRICT JUDGE