# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN S. MICHEL, *pro se* )<br>   2025 Senda de Andres )<br>   Santa Fe, New Mexico 87501 )<br>   (505) 690-8733 )<br>                                  *Petitioner*, )<br>VS. )<br>     )<br>ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR, )<br>   United States Senate )<br>   Washington, D.C. 201510 )<br>CHARLES ERNEST GRASSLEY, U.S. SENATOR, )<br>   United States Senate )<br>   Washington, D.C. 201510 )<br>UNITED STATES SENATE, )<br>   Dirksen Senate Office Building )<br>   Washington, D.C. 20510 )<br>                               *Respondents*. )<br>   United States Attorney )<br>   555 Fourth Street, NW )<br>   Washington, D.C. 20530 )<br>     )<br>   United States Attorney General )<br>   Loretta E. Lynch )<br>   1350 Pennsylvania Ave., NW #409 )<br>   Washington, D.C. 20004 ) | **EMERGENCY PETITION FOR DECLARATORY JUDGMENT AND WRIT OF MANDAMUS**<br><br>CIVIL CASE NO. 1:16-cv-01729<br>Contreras, Rudolph |

## AFFIDAVIT OF SERVICE

I, Steven S. Michel, hereby declare and affirm that on the 27th day of August, 2016, I mailed a copy of the summons and *Emergency Petition for Declaratory Judgment and Writ of Mandamus*, certified mail return receipt requested, to Respondents Senator McConnell, Senator Grassley and United States Senate, and to the United States Attorney for the District of Columbia and United States Attorney General Loretta E. Lynch. A copy of the


RECEIVED Mail Room
SEP - 6 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

mailing receipt and the U.S.P.S. website page for each recipient is attached (5 pages), showing that all copies were delivered on August 31, 2016, except for the United States Attorney, who received the mailing on September 1, 2016.

STEVEN S. MICHEL, *pro se*<br>
New Mexico State Bar # 1809<br>
2025 Senda de Andres<br>
Santa Fe, New Mexico 87501<br>
(505) 690-8733<br>
stevensmichel@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on **Sept. 3**, 2016, I served the foregoing *Affidavit of Service* by placing a true copy in the United States mail, with certified delivery, to:

Loretta E. Lynch,
Attorney General of the United States
Office of the Attorney General – U.S. Department of Justice
1350 Pennsylvania Avenue, NW #409
Washington, D.C. 20004

United States Attorney's Office
Civil Process Clerk
555 Fourth Street, NW
Washington, D.C. 20530

United States Senate
Dirksen Senate Office Building
Washington, D.C. 20510

Office of Senator Addison Mitchell McConnell
United States Senate
Washington, D.C. 20510

Office of Senator Charles Ernest Grassley
United States Senate
Washington, D.C. 20510

Steven S. Michel

English   Customer Service   USPS Mobile                                    Register / Sign In


**USPS.COM**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›


Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70150640000163372665**

Updated Delivery Day: **Wednesday, August 31, 2016**

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™            Return Receipt
                             See tracking for related item: 9590952106150295778439

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 31, 2016 , 8:02 am** | Delivered, To Mail Room | **WASHINGTON, DC 20510** |

Your item has been delivered to the mail room at 8:02 am on August 31, 2016 in WASHINGTON, DC 20510.

| | | |
|---|---|---|
| August 31, 2016 , 6:16 am | Arrived at Unit | WASHINGTON, DC 20018 |
| August 28, 2016 , 2:04 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016 , 8:15 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016 , 4:12 pm | Departed Post Office | SANTA FE, NM 87501 |
| August 27, 2016 , 2:29 pm | Acceptance | SANTA FE, NM 87501 |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20510

Certified Mail Fee  $3.30                                0496  23
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$  $2.62
Total Postage and Fees
$  $8.62
Sent To *Office of Senator Mitchell McConnell*
Street and Apt. No., or PO Box No. *United States Senate*
City, State, ZIP+4® *Washington, D.C. 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7015 0640 0001 6337 2665

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



English   Customer Service   USPS Mobile                                                                 Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70150640000163372658**

Updated Delivery Day: **Wednesday, August 31, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™   Return Receipt

See tracking for related item: 9590952106150295778422

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 31, 2016, 8:02 am | Delivered, To Mail Room | **WASHINGTON, DC 20510** |

Your item has been delivered to the mail room at 8:02 am on August 31, 2016 in WASHINGTON, DC 20510.

| | | |
|---|---|---|
| August 31, 2016, 6:16 am | Arrived at Unit | WASHINGTON, DC 20018 |
| August 28, 2016, 2:04 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 8:15 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 4:12 pm | Departed Post Office | SANTA FE, NM 87501 |
| August 27, 2016, 2:29 pm | Acceptance | SANTA FE, NM 87501 |



## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20510

Certified Mail Fee  $3.30           0496  23
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$    $2.62
Total Postage and Fees
$    $8.62

Sent To *Office of Senator C. G...*
Street and Apt. No., or PO Box No. *United States Senate*
City, State, ZIP+4® *Washington, D.C. 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0001 6337 2658

English    Customer Service    USPS Mobile      Register / Sign In

**≡USPS.COM**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70150640000163372641**

Updated Delivery Day: **Wednesday, August 31, 2016**

## Product & Tracking Information

**Postal Product:**    **Features:**
First-Class Mail®    Certified Mail™    Return Receipt

See tracking for related item: 9590952106150295778378

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 31, 2016, 8:02 am | Delivered, To Mail Room | WASHINGTON, DC 20510 |

Your item has been delivered to the mail room at 8:02 am on August 31, 2016 in WASHINGTON, DC 20510.

| | | |
|---|---|---|
| August 31, 2016, 6:16 am | Arrived at Unit | WASHINGTON, DC 20018 |
| August 28, 2016, 2:04 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 8:15 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 4:12 pm | Departed Post Office | SANTA FE, NM 87501 |
| August 27, 2016, 2:26 pm | Acceptance | SANTA FE, NM 87501 |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20510    OFFICIAL USE

| Certified Mail Fee | $3.30 | 0496 |
|---|---|---|
| | | 23 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here 08/27/2016

Postage    $2.62
Total Postage and Fees    $8.62

Sent To *United States Senate*
Street and Apt. No., or PO Box No. *Dirksen Senate Office Bldg.*
City, State, ZIP+4® *Washington, D.C. 20510*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Track It

1 of 2

English    Customer Service    USPS Mobile                                                           Register / Sign In

≡USPS.COM®

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70150640000163372672**

## Product & Tracking Information

**Postal Product:**           **Features:**
First-Class Mail®             Certified Mail™        Return Receipt

See tracking for related item: 9590952106150295778385

**Available Actions**

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 31, 2016, 1:59 pm | Delivered, Left with Individual | WASHINGTON, DC 20004 |

Your item was delivered to an individual at the address at 1:59 pm on August 31, 2016 in WASHINGTON, DC 20004.

| | | |
|---|---|---|
| August 31, 2016, 7:24 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| August 29, 2016, 3:03 pm | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| August 28, 2016, 2:04 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 8:15 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 4:12 pm | Departed Post Office | SANTA FE, NM 87501 |
| August 27, 2016, 2:26 pm | Acceptance | SANTA FE, NM 87501 |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

WASHINGTON, DC 20004
Certified Mail Fee  $3.30
$2.70
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$  $2.62
Total Postage and Fees
$  $8.62                          08/27/2016
Sent To  Loretta Lynch - U.S. Atty.Gen - Dept of Justice
Street and Apt. No., or PO Box No.  1350 Pennsylvania Ave. NW #409
City, State, ZIP+4®  Washington, D.C. 20004

7015 0640 0001 6337 2672

English    Customer Service    USPS Mobile                                                    Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70150640000163372634**

Updated Delivery Day: **Thursday, September 1, 2016**

## Product & Tracking Information

**Postal Product:**      **Features:**
First-Class Mail®       Certified Mail™          Return Receipt

See tracking for related item: 9590952106150295778361

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 1, 2016, 5:18 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:18 am on September 1, 2016 in WASHINGTON, DC 20530.

| | | |
| --- | --- | --- |
| August 31, 2016, 11:47 am | Arrived at Unit | WASHINGTON, DC 20018 |
| August 28, 2016, 2:04 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 8:15 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| August 27, 2016, 4:12 pm | Departed Post Office | SANTA FE, NM 87501 |
| August 27, 2016, 2:26 pm | Acceptance | SANTA FE, NM 87501 |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

WASHINGTON, DC 20530

Certified Mail Fee  $3.30                                       0496
                                                                  23
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $  $0.00
☐ Return Receipt (electronic)     $  $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required        $  $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage   $2.62
                                        08/27/2016
Total Postage and Fees
          $8.62
Sent To  U.S. Attorney - Civil Process Clerk
Street and Apt. No., or PO Box No.
         555 Fourth Street, NW
City, State, ZIP+4®
         Washington, D.C. 20530
PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 6337 2634