# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN S. MICHEL, *pro se* | ) | |
| *Petitioner*, | ) | **EMERGENCY PETITION FOR** |
| v. | ) | **DECLARATORY JUDGMENT** |
| | ) | **AND WRIT OF MANDAMUS** |
| ADDISON MITCHELL MCCONNELL, JR., U.S SENATOR, | ) | |
| CHARLES ERNEST GRASSLEY, U.S. SENATOR, | ) | |
| AND UNITED STATES SENATE, | ) | CIVIL CASE NO. 1:16-cv-01729 |
| *Respondents*. | ) | Contreras, Rudolph |
| UNITED STATES ATTORNEY | ) | |
| UNITED STATES ATTORNEY GENERAL | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Steven S. Michel, hereby declare and affirm that on the 20th day of September, 2016, I mailed *Summonses* (issued on September 19, 2016) and *Emergency Petition for Declaratory Judgment and Writ of Mandamus* (*Petition*), certified mail return receipt requested, to Respondents Senator McConnell, Senator Grassley and United States Senate, and to the United States Attorney for the District of Columbia. On September 26, 2016, I sent a copy of the *Summonses* and the *Petition* to U.S. Attorney General Loretta E. Lynch. A copy of the *Summonses*, the mailing receipts, and the U.S.P.S. website page for each recipient is attached, showing that all copies were delivered on September 26, 2016, except for the United States Attorney General, who received the mailing on October 3, 2016.

STEVEN S. MICHEL, *pro se*
New Mexico State Bar # 1809
2025 Senda de Andres
Santa Fe, New Mexico 87501
(505) 690-8733
stevensmichel@comcast.net

RECEIVED
OCT - 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I served the foregoing *Affidavit of Service* by placing a true copy in the United States mail, with certified delivery, to:

Loretta E. Lynch, U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney's Office
Civil Process Clerk, Rm. E4207
555 Fourth Street, NW
Washington, D.C. 20530
*Email:* daniel.vanhorn@usdoj.gov

United States Senate
Dirksen Senate Office Building
Washington, D.C. 20510

Senator Addison Mitchell McConnell
United States Senate
Washington, D.C. 20510

Senator Charles Ernest Grassley
United States Senate
Washington, D.C. 20510

______________________________
Steven S. Michel

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Steven S. Michel, pro se
*Plaintiff*

v.

Addison Mitchell McConnell, Jr., U.S. Senator
Charles Ernest Grassley, U.S. Senator
and United States Senate
*Defendant* Respondents.
United States Attorney
United States Attorney General

Emergency Petition for Declaratory Judgement and Writ of Mandamus

Civil Action No. 1:16-cv-01729
Contreras, Rudolph

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Addison Mitchell McConnell, Jr., U.S. Senator
United States Senate
Washington, D.C. 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven S. Michel
2025 Senda de Andres
Santa Fe, NM 87501
(505) 690-8733
stevensmichel@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/19/2016

J. Duvyon
*Signature of ~~Clerk or~~ Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Steven S. Michel, pro se
*Plaintiff*

v.

Addison Mitchell McConnell, Jr., U.S. Senator
Charles Ernest Grassley, U.S. Senator
and United States Senate
*Defendant*
Respondents.
United States Attorney
United States Attorney General

Emergency Petition for Declaratory Judgement and Writ of Mandamus

Civil Action No. 1:16-cv-01729
Contreras, Rudolph

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Charles Ernest Grassley, U.S. Senator
United States Senate
Washington, D.C. 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven S. Michel
2025 Senda de Andres
Santa Fe, NM 87501
(505) 690-8733
stevensmichel@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/19/2016

J. Doyon
*Signature of ~~Clerk or~~ Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Steven S. Michel, pro se
*Plaintiff*

v.

Addison Mitchell McConnell, Jr., U.S. Senator
Charles Ernest Grassley, U.S. Senator
and United States Senate,
*Defendant* Respondents.
United States Attorney
United States Attorney General

Emergency Petition for Declaratory Judgement and Writ of Mandamus

Civil Action No. 1:16-cv-01729
Contreras, Rudolph

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Senate
Dirksen Senate Office Building
Washington, D.C. 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven S. Michel
2025 Senda de Andres
Santa Fe, NM 87501
(505) 690-8733 stevensmichel@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/19/2016

J. Denyon
*Signature of ~~Clerk or~~ Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Emergency Petition for Declaratory Judgement and Writ of Mandamus

Steven S. Michel, pro se
*Plaintiff*

v.

Addison Mitchell McConnell, Jr., U.S. Senator
Charles Ernest Grassley, U.S. Senator
and United States Senate
*Defendant*
United States Attorney Respondents
United States Attorney General

Civil Action No. 1:16-cv-01729
Contreras, Rudolph

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Attorney, Civil Process Clerk
Room E4207
555 Fourth Street, NW
Washington, D.C. 20530

or for hand delivery:
United States Attorney, Civil Divisi
501 Third Street, NW, 4th Floor
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven S. Michel
2025 Senda de Andres
Santa Fe, NM 87501
(505) 690-8733
stevensmichel@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/19/2016

J. Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Steven S. Michel, pro se
*Plaintiff*

v.

Addison Mitchell McConnell, Jr., U.S. Senator
Charles Ernest Grassley, U.S. Senator
and United States Senate
*Defendant*
Respondents.

United States Attorney
United States Attorney General

Emergency Petition for Declaratory Judgement and Writ of Mandamus

Civil Action No. 1:16-cv-01729
Contreras, Rudolph

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Loretta E. Lynch, United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven S. Michel
2025 Senda de Andres
Santa Fe, NM 87501
(505) 690-8733
stevensmichel@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/19/2016

[signature] J. Doyon
*Signature of ~~Clerk or~~ Deputy Clerk*

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20510

7008 1140 0004 6419 0960

| | |
|---|---|
| Postage | $3.30 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Postage & Fees | $7.30 |
| | $13.30 |

SANTA FE NM 87501 SEP 20 2016 USPS
0500 11
Postmark Here
09/20/2016

Sent To
Office of Senator Addison Mitchell McConnell
United States Senate
Washington, D.C. 20510

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20510

7008 1140 0004 6419 0977

| | |
|---|---|
| Postage | $3.30 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Postage & Fees | $7.30 |
| | $13.30 |

SANTA FE NM 87501 SEP 20 2016 USPS
0500 11
Postmark
09/20/2016

Sent To
United States Senate
Dirksen Senate Office Building
Washington, D.C. 20510

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530

7012 3050 0000 6865 5723

| | |
|---|---|
| Postage | $3.30 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Postage & Fees | $7.30 |
| | $13.30 |

USPS SANTA FE, NM SEP 27 2016
0496 05
Postmark Here
09/27/2016

Sent To
Loretta E. Lynch, Attorney General of the U.S.
Office of the Attorney General – U.S. DOJ
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

PS Form 3800 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530

7009 2820 0002 8536 2466

| | |
|---|---|
| Postage | $3.30 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Postage & Fees | $7.30 |
| | $13.30 |

SANTA FE NM 87501 SEP 20 2016
0500 11
Postmark Here
09/20/2016

Sent To
United States Attorney's Office
Street, Apt. or PO Box: Civil Process Clerk Rm E4207
City, State: 555 Fourth Street, NW
Washington, D.C. 20530

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20510

7008 1140 0004 6419 0991

| | |
|---|---|
| Postage | $3.30 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $0.00 |
| Total Postage & Fees | $7.30 |
| | $13.30 |

SANTA FE NM 87501 SEP 20 2016 USPS
0500 11
Postmark Here
09/20/2016

Sent To
Office of Senator Charles Ernest Grassley
United States Senate
Washington, D.C. 20510

PS Form 3800, August 2006 See Reverse for Instructions

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

Search or Enter a Tracking Number | Search

Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70123050000068655723**

Delivered

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™ Return Receipt
Up to $50 insurance included
Restrictions Apply *i*

**See tracking for related item:** 9590952106150015497961

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 3, 2016 , 4:27 am** | Delivered | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:27 am on October 3, 2016 in WASHINGTON, DC 20530. | | |
| September 30, 2016 , 12:52 pm | Available for Pickup | WASHINGTON, DC 20530 |
| September 30, 2016 , 12:18 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| September 29, 2016 , 7:48 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |
| September 29, 2016 , 3:38 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| September 28, 2016 , 1:42 am | Departed USPS Facility | ALBUQUERQUE, NM 87121 |
| September 27, 2016 , 10:12 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87121 |
| September 27, 2016 , 4:24 pm | Departed Post Office | SANTA FE, NM 87501 |
| September 27, 2016 , 1:27 pm | Acceptance | SANTA FE, NM 87501 |

## Available Actions

Text Updates

Email Updates

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

Search or Enter a Tracking Number Search

Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70092820000285362466**

Delivered

Updated Delivery Day: **Monday, September 26, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™ Return Receipt
Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 26, 2016 , 4:26 am** | Delivered | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:26 am on September 26, 2016 in WASHINGTON, DC 20530. | | |
| September 25, 2016 , 9:39 am | Business Closed | WASHINGTON, DC 20530 |
| September 25, 2016 , 7:44 am | Arrived at Hub | WASHINGTON, DC 20018 |
| September 21, 2016 , 3:14 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 9:43 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 5:20 pm | Departed Post Office | SANTA FE, NM 87501 |
| September 20, 2016 , 4:56 pm | Acceptance | SANTA FE, NM 87501 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

Search or Enter a Tracking Number Search

Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70081140000464190991**

Delivered

Updated Delivery Day: **Monday, September 26, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™ Return Receipt
Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 26, 2016 , 5:57 am** | Delivered, To Mail Room | **WASHINGTON, DC 20510** |
| Your item has been delivered to the mail room at 5:57 am on September 26, 2016 in WASHINGTON, DC 20510. | | |
| September 25, 2016 , 10:05 am | Business Closed | WASHINGTON, DC 20510 |
| September 25, 2016 , 9:48 am | Arrived at Hub | WASHINGTON, DC 20018 |
| September 21, 2016 , 3:14 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 9:43 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 5:20 pm | Departed Post Office | SANTA FE, NM 87501 |
| September 20, 2016 , 4:56 pm | Acceptance | SANTA FE, NM 87501 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

## Manage Incoming Packages

Track all your packages from a dashboard.

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

Search or Enter a Tracking Number Search

Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
**Sign up for My USPS.**

Tracking Number: **70081140000464190960**

Delivered

Updated Delivery Day: **Monday, September 26, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™ Return Receipt
Up to $50 insurance included
Restrictions Apply

**See tracking for related item:** 9590940215445362953609

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **September 26, 2016 , 5:57 am** | Delivered, To Mail Room | **WASHINGTON, DC 20510** |
| Your item has been delivered to the mail room at 5:57 am on September 26, 2016 in WASHINGTON, DC 20510. | | |
| September 25, 2016 , 10:05 am | Business Closed | WASHINGTON, DC 20510 |
| September 25, 2016 , 9:48 am | Arrived at Hub | WASHINGTON, DC 20018 |
| September 21, 2016 , 3:14 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 9:43 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 5:20 pm | Departed Post Office | SANTA FE, NM 87501 |
| September 20, 2016 , 4:56 pm | Acceptance | SANTA FE, NM 87501 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

## Manage Incoming Packages

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

Search or Enter a Tracking Number Search

Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70081140000464190977**

Delivered

Updated Delivery Day: **Monday, September 26, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™ Return Receipt
Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 26, 2016 , 5:57 am** | Delivered, To Mail Room | **WASHINGTON, DC 20510** |
| Your item has been delivered to the mail room at 5:57 am on September 26, 2016 in WASHINGTON, DC 20510. | | |
| September 25, 2016 , 10:05 am | Business Closed | WASHINGTON, DC 20510 |
| September 25, 2016 , 9:48 am | Arrived at Hub | WASHINGTON, DC 20018 |
| September 21, 2016 , 3:14 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 9:43 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| September 20, 2016 , 5:20 pm | Departed Post Office | SANTA FE, NM 87501 |
| September 20, 2016 , 4:56 pm | Acceptance | SANTA FE, NM 87501 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

## Manage Incoming Packages

Track all your packages from a dashboard.