**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| STEVEN S. MICHEL, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 16-1729 (RC) |
| | : | | |
| v. | : | Re Document No.: | 3 |
| | : | | |
| ADDISON MITCHELL MCCONNELL, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING PLAINTIFF'S MOTION FOR CM/ECF USER NAME AND PASSWORD**

On September 9, 2016, *pro se* Plaintiff Steven S. Michel filed a motion seeking leave of the Court to obtain a username and password for the Court's Case Management/Electronic Case Filing ("CM/ECF") system. *See* Pl.'s Mot. for CM/ECF User Name and Password, ECF No. 3.

Local Civil Rule 5.4(b) permits a party appearing *pro se* before the Court to obtain a CM/ECF username and password from the Clerk of the Court with the Court's permission. *See* Local Civ. R. 5.4(b)(2). "Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned." *Id.* To obtain leave of the Court, the *pro se* party must file a written motion entitled "Motion for CM/ECF User Name and Password" that contains: (a) a description of the party's access to the internet; (b) confirmation of the party's "capacity to file documents and receive filings electronically on a regular basis"; and (c) a certification that he "either has successfully completed the entire Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts." *Id.*

Mr. Michel's motion satisfies the local rule. He states that he has access to the internet. *See* Pl.'s Mot. for CM/ECF User Name and Password. Mr. Michel also states that he is able to file documents and receive filings electronically on a regular basis. *See id.* He has also certified

that he has completed the Clerk's Office tutorial, and has attached an attorney registration form as an exhibit to his motion. *See id.*

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for CM/ECF User Name and Password (ECF No. 2) is **GRANTED**.

**SO ORDERED.**

Dated: October 6, 2016

RUDOLPH CONTRERAS
United States District Judge