# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEVEN S. MICHEL,                           :
                                            :
      Plaintiff,                            :          Civil Action No.:      16-1729 (RC)
                                            :
      v.                                    :          Re Document No.:      4
                                            :
ADDISON MITCHELL MCCONNELL, *et al.*,  :
                                            :
      Defendants.                           :

## ORDER

### DENYING PLAINTIFF'S MOTION TO ESTABLISH RESPONSE TIME AND SCHEDULE, SCHEDULING RESPONSE BY DEFENDANT

On September 6, 2016, *pro se* Plaintiff Steven S. Michel moved to establish a response time and schedule, which would have required responses to his Petition (ECF No. 1) by October 3, 2016.  *See* Pl.'s Mot. to Establish a Response Time and Schedule, at ¶ 4, ECF No. 4.  Under Rule 4(b) of the Federal Rules of Civil Procedure, following the filing of a complaint, "[a] summons . . . must be issued for each defendant to be served."  *See* Fed. R. Civ. P. 4(b).  "The plaintiff is responsible for having the summons and complaint served . . . and must furnish the necessary copies to the person who makes service."  *See* Fed. R. Civ. P. 4(c)(1).  When the plaintiff has not filed a motion for a temporary restraining order or preliminary injunction and employees or officers of the United States are sued only in their official capacities, the defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  *See* Fed. R. Civ. P. 12(a)(2).  Here, Plaintiff has not filed a motion for a temporary restraining order or sought a preliminary injunction, and the Docket shows that the United States Attorney was served on September 26, 2016.  *See* Return of Service/Affidavit, ECF No. 9.  The Court therefore cannot require Defendants to respond before November 25,

2016.  Given the time-sensitive nature of Plaintiff's claims, the Court does not expect to grant any requests for extensions of that deadline.  Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion to Establish Response Time and Schedule (ECF No. 4) is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' response is due on or before November 25, 2016.

**SO ORDERED**.

Dated:  October 11, 2016                                        RUDOLPH CONTRERAS
                                                               United States District Judge